An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY GRECO,
Appellant,
vs.
MATT WARD, EDITOR; STEPHENS
MEDIA, LLC; MARIE WUJEK,
PUBLISHER; AND WILLIAM
KOHLBARGER, IN HIS CAPACITY AS
TOWN MANAGER FOR THE TOWN OF
PAHRUMP,
Respondents.

No. 65495

FILED

OCT 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from a district court order granting a motion to dismiss in a defamation action. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Appellant contends that, in granting respondents' motion to dismiss, the district court improperly ignored the effect that the published articles had on appellant's reputation and his business. We disagree. For the reasons set forth in the district court's dismissal order, even if appellant's reputation and business were adversely affected by the published articles, appellant still could not establish an actionable claim for defamation based upon the statements in those articles. *See Nev. Indep. Broad. Corp. v. Allen*, 99 Nev. 404, 410, 664 P.2d 337, 341 (1983) ("[S]tatements of opinion as opposed to statements of fact are not actionable."); *Wynn v. Smith*, 117 Nev. 6, 10, 16 P.3d 424, 427 (2001) (recognizing that an actionable defamation claim requires the plaintiff to establish that the defendant made a false statement and that the

SUPREME COURT
OF
NEVADA

(O) 1947A

14-33955

defendant was at least negligent as to whether the statement was false). Accordingly, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Robert W. Lane, District Judge
Anthony Greco
Campbell & Williams
William Kohlbarger
Nye County Clerk

---

[1]In light of our resolution of this appeal, appellant's request to reassign this case to a different district court judge is denied as moot.